# **Exhibit 7**

# KASOWITZ BENSON TORRES LLP

333 TWIN DOLPHIN DRIVE, SUITE 200
REDWOOD SHORES, CALIFORNIA 94065
(650) 453-5170
FAX: (650) 453-5171

JONATHAN K. WALDROP
DIRECT DIAL: (650) 453-5425
DIRECT FAX: (650) 362-2445
jwaldrop@kasowitz.com

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEW YORK
NEWARK
SAN FRANCISCO
WASHINGTON DC

November 14, 2023

**VIA COURIER & EMAIL**

Stacey Friedman
Executive Vice President, Chief Legal Counsel
JP Morgan Chase & Co.
383 Madison Avenue
New York, NY 10179
Email: Stacey.Friedman@jpmorgan.com

Dear Ms. Friedman:

  We write on behalf of Intellectual Ventures Management, LLC ("IVM"). IVM provides management services to Invention Investment Fund I, L.P. ("IIF1") and Invention Investment Fund II, LLC ("IIF2", and together with IIF1, "IIF") as well as Intellectual Ventures I LLC ("IV I") and Intellectual Ventures II LLC (IV II"). IIF, IV I, and/or IV II (collectively "IV") own or have the exclusive right to license a large portfolio of patents and pending patent applications (nearly 7,000 worldwide patents and applications), which relate to a broad range of technologies. Many of these patented technologies should be of interest to Chase.

  Initially, we would like to call your attention to six (6) example patents in particular, which cover technologies used in at least the following systems and services, and those having the same or substantially similar technologies, that Chase uses, services, tests, distributes, and/or offers:

KASOWITZ BENSON TORRES LLP

Stacey Friedman
November 14, 2023
Page 2

| U.S. Patent No. | Invention Title and Owner | Example Patent Claim | Example Systems and Services |
|---|---|---|---|
| 8,332,844 | **Title:** ROOT IMAGE CACHING AND INDEXING FOR BLOCK-LEVEL DISTRIBUTED APPLICATION MANAGEMENT<br>**Owner:** IV II | 7 | Systems and services that utilize Docker, including any and all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services |
| 8,407,722 | **Title:** ASYNCHRONOUS MESSAGING USING A NODE SPECIALIZATION ARCHITECTURE IN THE DYNAMIC ROUTING NETWORK<br>**Owner:** IV I | 14 | Systems and services that utilize Kafka, including any and all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services |
| 7,280,998 | **Title:** VIRTUAL DATA WAREHOUSING<br>**Owner**: IV II | 1 | Systems and services that utilize Trino or Presto, including any and all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services |

KASOWITZ  BENSON  TORRES LLP

Stacey Friedman
November 14, 2023
Page 3

| U.S. Patent No. | Invention Title and Owner | Example Patent Claim | Example Systems and Services |
|---|---|---|---|
| 7,712,080 | **Title:** SYSTEMS AND METHODS FOR PARALLEL DISTRIBUTED PROGRAMMING<br>**Owner:** IV I | 9 | Systems and services that utilize Apache Spark, including any and all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services |
| 7,314,167 | **Title:** METHOD AND APPARATUS FOR PROVIDING SECURE IDENTIFICATION, VERIFICATION AND AUTHORIZATION<br>**Owner:** IV II | 43 | Systems and services that utilize Zelle, including any and all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services |
| 7,949,785 | **Title:** SECURE VIRTUAL COMMUNITY NETWORK SYSTEM<br>**Owner:** IV I | 30 | Systems and services that utilize Kubernetes, including any and all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services |

KASOWITZ BENSON TORRES LLP

Stacey Friedman
November 14, 2023
Page 4

      Please note that these six (6) example patents are offered as an initial list of the example patents and example infringing systems and services, and that IV's investigation of Chase's systems and services is ongoing. Enclosed are copies of each of the example patents listed above.

      IV does not authorize Chase or Chase's customers or partners to practice any of these patents without a license. IV is willing to offer a patent license to Chase and remains open to business discussions with Chase to negotiate such a license, either to the specifically referenced patents, or to all or a subset of the IV patent rights.

      We look forward to hearing from you at your earliest convenience.

                                      Sincerely,

                                      Jonathan K. Waldrop

Enclosures