# **Exhibit 12**

**Exhibit 12 to Complaint**
**Intellectual Ventures I LLC and Intellectual Ventures II LLC**

**Example Chase Count V Systems and Services**
**U.S. Patent No. 7,314,167 ("the '167 Patent")**

The Accused Systems and Services include, without limitation Chase's mobile banking application with the Zelle payment feature running on a portable device; all past, current and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current and future Chase's systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example Chase Count V Systems and Services").

| U.S. Patent No. 7,314,167 ||
|---|---|
| **Example Claim 43** | **Example Chase Count V Systems and Services** |
| 43. A method of providing secure transaction, the method comprising:<br>[a] configuring a portable device to: | Upon information and belief, the Chase's mobile banking application ("Chase Mobile Application") operates on a portable device and performs "[a] method of providing secure transaction, the method comprising: configuring a portable device[.]" Upon information and belief, the Chase Mobile Application is available for download on the Chase website and mobile application stores. *See* https://www.chase.com/digital/mobile-banking (last accessed on November 9, 2023).  The chase mobile application that is downloaded onto a portable device and allows users to make secure Zelle transactions.<br><br>*See* https://www.chase.com/personal/zelle (last accessed on November 9, 2023) |

| | |
|---|---|
| 43 [b]<br><br>capture an image, the image having information embedded therein;<br><br>43[c]<br><br>store predetermined information; | Upon information and believe, the Chase Mobile Application is configured to "capture an image, the image having information embedded therein" and to "store predetermined information[.]" Upon information and belief, the Chase Mobile Application instructs users to scan a QR code, which has embedded information. The embedded information within the QR code is the payment recipient's registered contact information (e.g. tied to email or mobile number.). The Chase mobile application stores in memory information retrieved from the camera capture of the QR code.<br><br><br><br>See https://www.zellepay.com/faq/how-do-i-use-zelle-qr-code (last accessed on November 9, 2023). See Screenshot from iPhone. |

4

| | |
|---|---|
| 43[d]<br><br>receive input information provided by a user;<br><br>43[f]<br><br>verify the user based on the input information to ensure that the user is authorized to use the portable device; | Upon information and belief, the Chase Mobile Application is configured to "receive input information provided by a user" and to "verify the user based on the input information to ensure that the user is authorized to use the portable device[.]" Upon information and believe, the Chase Mobile Application receives user sign-in information including a user name and password, face ID, or biometric information to verify the user is authorized to use the Chase Mobile Application.<br><br><br><br>*See* https://www.chase.com/digital/resources/privacy-security/security/how-we-protect-you (last accessed on November 9, 2023); *See* Screenshot iPhone |

5

| | |
|---|---|
| 43[f]<br><br>verify the user based on the input information to ensure that the user is authorized to use the portable device;<br><br>43[g]<br><br>generate an output based on the information embedded in the image and the predetermined information;<br><br>43[h]<br><br>forward the generated output to the user, wherein<br><br>43[i]<br><br>the portable device includes one of a cell phone, a personal digital assistant, and a smartcard. | Upon information and belief, the Chase Mobile Application is configured to "generate an output based on the information embedded in the image and the predetermined information" and to "forward the generated output to the user." The Chase Mobile Application system is used on portable devices - "the portable device [which] includes one of a cell phone, a personal digital assistant, and a smartcard." Upon information and belief, after the QR code is scanned, an auto populated output screen is presented to the user to fill out to send money to the user whose QR code was scanned. The send money form includes the user profile (predetermined information) as well as an output generated from the embedded information. After payment details are finalized and the review and send button is pressed on the send money form, a final confirmation screen is forwarded to the user that contains transaction information from the prior screen. Zelle payments can be made on portables devices such as smartphones and tablets.<br><br><br><br>See iPhone Screen Capture Chase Bank Mobile Application Using Zelle QR Feature (last accessed on November 9, 2023) |

6