IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>JP MORGAN CHASE & CO.,<br><br>    Defendant. | C.A. No. 2:23-cv-523 |

**JOINT MOTION REGARDING STIPULATION FOR DISMISSAL OF
JPMORGAN CHASE & CO. AND SUBSTITUTION OF
<u>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION</u>**

WHEREAS, Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC have asserted patent infringement claims against Defendant JPMorgan Chase & Co.;

WHEREAS, JPMorgan Chase & Co. is a financial holding company incorporated under Delaware law in 1968;

WHEREAS, JPMorgan Chase & Co.'s principal bank subsidiary is JPMorgan Chase Bank, National Association;

WHEREAS, JPMorgan Chase & Co. represents that JPMorgan Chase Bank, National Association, is the proper defendant in this action;

WHEREAS, although JPMorgan Chase & Co. does not concede that it has committed any act of infringement of the patents asserted in this case, the parties are interested in identifying the appropriate party or parties to be named as a defendant without burdening the Court with discovery and motion practice;

NOW THEREFORE, IT IS HEREBY STIPULATED pursuant to written agreement by the parties, subject to the approval of the Court, that:

1) Defendant JPMorgan Chase & Co. is hereby dismissed without prejudice;

2) The Complaint filed in the above captioned matter at Dkt. 1 is hereby amended to substitute JPMorgan Chase Bank, National Association, in place of JP Morgan Chase & Co.; and

3) The Complaint's allegations concerning JPMorgan Chase & Co. shall be deemed to be directed to JPMorgan Chase Bank, National Association, except that the allegations contained in Paragraph 6 are deemed to be deleted and replaced with a new Paragraph 6, which is as follows:

> Defendant, JPMorgan Chase Bank, National Association ("JPMC Bank, N.A."), is a national banking association, with its main office, as designated in its articles of association, in Columbus, Ohio. JPMC Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co. On information and belief, JPMC Bank, N.A. does business itself, or through its subsidiaries, affiliates, and/or agents, in the State of Texas and the Eastern District of Texas.

Dated: January 5, 2024     RESPECTFULLY SUBMITTED,

By: /s/ *Jonathan K. Waldrop*
   Jonathan K. Waldrop (CA Bar No. 297903)
   (Admitted in this District)
   jwaldrop@kasowitz.com
   Darcy L. Jones (CA Bar No. 309474)
   (Admitted in this District)
   djones@kasowitz.com
   ThucMinh Nguyen (CA Bar No. 304382)
   (Admitted in this District)
   tnguyen@kasowitz.com
   John W. Downing (CA Bar No. 252850)
   (Admitted in this District)
   jdowning@kasowitz.com
   Marcus A. Barber (CA Bar No. 307361)
   (Admitted in this District)
   mbarber@kasowitz.com
   Heather S. Kim (CA Bar No. 277686)
   (Admitted in this District)
   hkim@kasowitz.com
   KASOWITZ BENSON TORRES LLP
   333 Twin Dolphin Drive, Suite 200
   Redwood Shores, California 94065
   Telephone: (650) 453-5170
   Facsimile: (650) 453-5171

   Allen F. Gardner (TX Bar No. 24043679
   allen@allengardnerlaw.com
   **ALLEN GARDNER LAW, PLLC**
   609 S. Fannin
   Tyler, Texas 75701
   Telephone: (903) 944-7537
   Facsimile: (903) 944-7856

   **Attorneys for Plaintiffs**
   **INTELLECTUAL VENTURES I LLC and**
   **INTELLECTUAL VENTURES II LLC**

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Benjamin Hershkowitz*
　　Benjamin Hershkowitz
　　GIBSON, DUNN & CRUTCHER LLP
　　200 Park Avenue
　　New York, NY 10166-0193
　　Telephone: (212) 351-4000
　　Facsimile: (212) 351-4035
　　bhershkowitz@gibsondunn.com

　　*Counsel for Defendant*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for JPMorgan Chase & Co. and JPMorgan Chase Bank, National Association, regarding the merits of this Joint Motion Regarding Stipulation for Dismissal of JPMorgan Chase & Co. and Substitution of JPMorgan Chase Bank, National Association.  JPMorgan Chase & Co. and JPMorgan Chase Bank, National Association do not oppose this motion.

> */s/ Jonathan K. Waldrop*
> Jonathan K. Waldrop

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] — Document Filing System, to all counsel of record, on this 5th day of January, 2024.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop