**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I, LLC,** *et al.* | § § § § § | **Civil Action No.: 2:23-cv-523-JRG** |
| | | **(Lead Case)** |
| **Plaintiff,** | § § | |
| **v.** | § § | **JURY TRIAL DEMANDED** |
| **JP MORGAN CHASE & CO,** *et al.*, | § § § | |
| **Defendants.** | § | |

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I, LLC,** *et al.* | § § § § | **Civil Action No.: 2:23-cv-524-JRG** |
| | | **(Member Case)** |
| **Plaintiff,** | § § | |
| **v.** | § § | **JURY TRIAL DEMANDED** |
| **COMERICA INCORPORATED** | § § § | |
| **Defendant.** | § | |

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I, LLC,** *et al.* | § § § § | **Civil Action No.: 2:23-cv-525-JRG** |
| | | **(Member Case)** |
| **Plaintiff,** | § § | |
| **v.** | § § | **JURY TRIAL DEMANDED** |
| **LIBERTY MUTUAL HOLDING COMPANY INC.,** *et al.* | § § § | |
| **Defendants.** | | |

**UNOPPOSED MOTION TO ALLOW LIMITED DISCOVERY AS TO VENUE ISSUES AND FOR AN EXTENSION OF THE BRIEFING DEADLINES ACCORDINGLY**

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Intellectual Ventures" or "Plaintiffs") respectfully file this unopposed motion to allow limited venue discovery as to the Liberty Mutual Defendants Motion to Dismiss for Improper Venue Under 28 U.S.C. 1400(b) [Dkt. No. 9] and for an extension of the briefing deadlines accordingly.

As brief background, Plaintiffs filed their complaint for patent infringement on or about November 15, 2023 [Dkt. No.1].   After an agreeable extension to respond to same, Liberty Mutual Holding Company Inc., Liberty Mutual Insurance Company, Liberty Mutual Group Inc., Liberty Mutual Plano LLC, Liberty Mutual Technology Group, Inc., Comparison Insurance Agency LLC, and Ironshore Holdings (US) Inc. (collectively the "Liberty Mutual Defendants") filed their Motion to Dismiss for [Allegedly] Improper Venue on or about January 25, 2024 [Dkt. No. 9]. Plaintiffs filed an unopposed motion to extend the response deadline by two weeks [Dkt. No.12], and the Court granted same, making the current response date to and including February 23, 2024 [Dkt. No. 13].

Plaintiffs have requested a limited amount of venue discovery from the Liberty Mutual Defendants in order to respond to the Motion to Dismiss, and the Liberty Mutual Defendants do not oppose same.  Specifically, Plaintiffs seek limited venue discovery, subject to the Court's approval, related to the Motion to Dismiss as follows:

1.    Plaintiffs and Defendants may serve up to 6 (six) interrogatories in total (i.e., 6 per side);

2.    Plaintiffs and Defendants may serve up to 10 (ten) requests for production in total (i.e., 10 per side); and

3.    Plaintiffs are allowed up to 8 (eight) hours of deposition testimony of the Liberty Mutual Defendants in total.

As part of that, the parties have negotiated and agree, subject to this Court's approval, that the following timeframes would apply to the venue discovery and the briefing as to Defendants' Motion to Dismiss:

1.   The Liberty Mutual Defendants shall respond to the written discovery requests within 20 (twenty) days from the entry of the Court's order granting this Motion;

2.   The Parties shall otherwise complete the written venue discovery (and any conferring regarding same) and the deposition(s) within 90 (ninety) days of the entry of the Court's order granting this Motion;

3.   Plaintiffs' response to the Motion to Dismiss [Dkt. No. 9] will be due not later than 104 (one hundred four) days from the entry of the Court's order granting this motion (i.e., 14 days after venue discovery is completed);

4.   The Liberty Mutual Defendants' reply will be extended by one week to allow two weeks (14 days) to reply to Plaintiffs' response (i.e., 14 days after Plaintiffs response);

5.   Plaintiffs will not file a sur-reply unless new issues are raised in the reply, in which case the sur-reply, if any, would be governed by and due under the normal timeframes of Local Rule CV-7.

The parties have conferred in good faith regarding these issues, and the Liberty Mutual Defendants are unopposed to the relief requested herein.  Accordingly, Plaintiffs request that the Court grant the proposed order filed contemporaneously herewith.

Dated:  February 22, 2024                    RESPECTFULLY SUBMITTED,

By:  */s/ Jonathan K. Waldrop*
     Jonathan K. Waldrop (CA Bar No. 297903)
     (Admitted in this District)
     jwaldrop@kasowitz.com
     Marcus A. Barber (CA Bar No. 307361)
     (Admitted in this District)
     mbarber@kasowitz.com
     John W. Downing (CA Bar No. 252850)
     (Admitted in this District)
     jdowning@kasowitz.com
     **KASOWITZ BENSON TORRES LLP**
     333 Twin Dolphin Drive, Suite 200
     Redwood Shores, California 94065
     Telephone: (650) 453-5170
     Facsimile: (650) 453-5171

     Allen F. Gardner
     Texas Bar No. 24043679
     **ALLEN GARDNER LAW, PLLC**
     609 S. Fannin
     Tyler, Texas 75701
     Tel:  (903) 944-7537
     Fax: (903) 944-7856
     Allen@allengardnerlaw.com


     ***Attorneys for Plaintiffs***
     ***Intellectual Ventures I LLC & Intellectual***
     ***Ventures II LLC***

4

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs conferred with counsel for the Liberty Mutual Defendants via telephone conference on February 14, 2024 and via electronic mail on February 15 and 22, 2024. Defendants' counsel stated that Defendants are not opposed to the relief sought herein.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] — Document Filing System, to all counsel of record, on this the 22nd day of February, 2024.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop