**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC**, *et al*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JP MORGAN CHASE & CO.**,<br><br>*Defendants* | C.A. No. 2:23-cv-00523-JRG<br>(Lead Case) |
| **INTELLECTUAL VENTURES I LLC**, *et al*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**COMERICA INCORPORATED**,<br><br>*Defendant* | C.A. No. 2:23-cv-00524-JRG<br>(Member Case) |
| **INTELLECTUAL VENTURES I LLC** *et al*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**LIBERTY MUTUAL HOLDING COMPANY INC.**, *et. al*,<br><br>*Defendants*. | C.A. No. 2:23-cv-525-JRG<br>(Member Case) |

**ORDER GRANTING THE JOINT MOTION FOR EXTENSION OF TIME
TO SERVE INFRINGEMENT CONTENTIONS**

Plaintiffs Invention Investment Fund I, L.P., Invention Investment Fund II, LLC and Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs") and Defendants JP Morgan Chase Bank, National Association ("Chase"), Liberty Mutual Holding Company Inc., Liberty Mutual Insurance Company, Liberty Mutual Group Inc., Liberty Mutual Plano LLC, Liberty Mutual

Technology Group, Inc., Comparion Insurance Agency LLC, and Ironshore Holdings (US) Inc. (collectively, "Liberty Mutual"), and Comerica Incorporated ("Comerica") (collectively, "Parties") submitted their Joint Motion to extend pre-*Markman* deadlines to serve infringement contentions. After consideration of same and the interests of justice, such Motion is GRANTED in its entirety, and it is ordered that the following amended deadline shall apply:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| **Infringement Contentions** | March 11, 2024 | March 21, 2024 |

Signed this ____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE