# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC**, *et al*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **JP MORGAN CHASE BANK, N.A.**, *et al.*, <br><br> *Defendants* | **C.A. No. 2:23-cv-00523-JRG** <br> **(Lead Case)** |
| **INTELLECTUAL VENTURES I LLC**, *et al*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **COMERICA INCORPORATED,** <br><br> *Defendant* | **C.A. No. 2:23-cv-00524-JRG** <br> **(Member Case)** |
| **INTELLECTUAL VENTURES I LLC** *et al*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **LIBERTY MUTUAL HOLDING COMPANY INC.**, *et. al*, <br><br> *Defendants.* | **C.A. No. 2:23-cv-525-JRG** <br> **(Member Case)** |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs" or "IV") and Defendant and Counterclaim-Plaintiff JP Morgan Chase Bank, National Association ("JPMC" or "Defendant") have resolved Plaintiffs' claims for relief against Defendant

and Defendant's counterclaims for relief against Plaintiffs asserted in this case, including relating to United States Patent No. 8,332,844, United States Patent No. 8,407,722, United States Patent No. 7,280,998, United States Patent No. 7,712,080, United States Patent No. 7,314,167, and United States Patent No. 7,949,785.

NOW, THEREFORE, Plaintiffs and Defendant, through their attorneys of record, respectfully request this Court to dismiss Plaintiffs' claims for relief against Defendant **with prejudice** and Defendant's counterclaims for relief against Plaintiffs **with prejudice**, and with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

Dated:  May 13, 2024     RESPECTFULLY SUBMITTED,

By: /s/ *Benjamin Hershkowitz*
Benjamin Hershkowitz
Katherine Dominguez
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
bhershkowitz@gibsondunn.com
kdominguez@gibsondunn.com

Nathan R. Curtis (#24078390)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
ncurtis@gibsondunn.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLIAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gilliamsmithlaw.com

*Attorneys for Defendant*
**JPMORGAN CHASE BANK, N.A.**

By: /s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Allen F. Gardner (TX Bar No. 24043679)
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

*Attorneys for Plaintiffs*
**INTELLECTUAL VENTURES I LLC**
**INTELLECTUAL VENTURES II LLC**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 13th day of May, 2024, via the Court's CM/ECF System.

                                                */s/ Melissa R. Smith*
                                                Melissa R. Smith

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendants via electronic mail concerning the relief requested in this motion, and Defendants represent that they are agreed to the relief requested in this motion.

/s/ *Melissa R. Smith*
Melissa R. Smith
