IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I LLC**, *et al*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JP MORGAN CHASE BANK, N.A.**, *et al.*,<br><br>*Defendants* | C.A. No. 2:23-cv-00523-JRG<br>(Lead Case) |
| **INTELLECTUAL VENTURES I LLC**, *et al*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**COMERICA INCORPORATED**,<br><br>*Defendant* | C.A. No. 2:23-cv-00524-JRG<br>(Member Case) |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("IV") and Defendant Comerica Incorporated ("Comerica") (collectively, "Parties") jointly move the Court for a continuance to stay all pending deadlines. The Parties have reached an agreement in principle that resolves all disputes in the above-captioned litigation. The Parties request that the case between them be stayed until February 10, 2025, so that they can finalize resolution, including the preparation and submission of a joint motion to dismiss this case. The Parties do not make this motion for purposes of delay, but for good cause to allow for an orderly resolution.

Dated: January 9, 2025

By: /s/ Joshua D. Curry
Joshua D. Curry – Lead Counsel
Georgia Bar No. 117378
(Admitted in this District)
Lewis Brisbois Bisgaard Smith LLP
600 Peachtree St. NE, Suite 4700
Atlanta, GA 30308
Ph: 404.348.8585
Fax: 404.467.8845
Email: josh.curry@lewisbrisbois.com

Amber R. Pickett
Texas Bar No. 24058046
Lewis Brisbois Bisgaard Smith LLP
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 722-7100
Facsimile: (214) 722-7111
Email: amber.pickett@lewisbrisbois.com

**Attorneys for Defendant**

RESPECTFULLY SUBMITTED,

By: /s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Jeceaca An (NY Bar No. 5849898)
(Admitted *pro hac vice*)
jan@kasowitz.com
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

        Allen F. Gardner (TX Bar No. 24043679)
        allen@allengardnerlaw.com
        ALLEN GARDNER LAW, PLLC
        609 S. Fannin
        Tyler, Texas 75701
        Telephone: (903) 944-7537
        Facsimile: (903) 944-7856

        ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case via the Court's CM/ECF system.

                                           */s/  Jonathan K. Waldrop*
                                           Jonathan K. Waldrop

## CERTIFICATE OF CONFERENCE

  The undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendant via electronic mail concerning the relief requested in this motion, and Defendant represent that they are agreed to the relief requested in this motion.

/s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop
