IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> JP MORGAN CHASE & CO., <br><br> *Defendant.* | Civil Action No. 2:23-cv-00523-JRG <br> (Lead Case) |
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> LIBERTY MUTUAL HOLDING COMPANY INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL PLANO LLC, LIBERTY MUTUAL TECHNOLOGY GROUP, INC., COMPARION INSURANCE AGENCY LLC, IRONSHORE HOLDINGS (US) INC., <br><br> *Defendants.* | Civil Action No. 2:23-cv-525-JRG <br> (Member Case) |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs") and Defendants Liberty Mutual Holding Company Inc., Liberty Mutual Insurance Company, Liberty Mutual Group Inc., Liberty Mutual Plano LLC, Liberty Mutual Technology Group, Inc., Comparion Insurance Agency LLC, Ironshore Holdings (US) Inc. ("Defendants")

1

have resolved Plaintiff's claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiffs and Defendants, through their attorneys of record, request this Court dismiss Plaintiffs' claims for relief against Defendants with prejudice and Defendants' claims, defenses, or counterclaims for relief against Plaintiffs without prejudice, and with all attorneys' fees, costs of court, and expenses borne by the party incurring same.

Dated: January 13, 2025

Respectfully submitted,

By: /s/ Joshua D. Curry
Joshua D. Curry – Lead Counsel
Georgia Bar No. 117378
(Admitted in this District)
Lewis Brisbois Bisgaard Smith LLP
600 Peachtree St. NE, Suite 4700
Atlanta, GA 30308
Ph: 404.348.8585
Fax: 404.467.8845
Email: josh.curry@lewisbrisbois.com

Amber R. Pickett
Texas Bar No. 24058046
Lewis Brisbois Bisgaard Smith LLP
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 722-7100
Facsimile: (214) 722-7111
Email: amber.pickett@lewisbrisbois.com

***Attorneys for Defendants Liberty Mutual Holding Company Inc., Liberty Mutual Insurance Company, Liberty Mutual Group Inc., Liberty Mutual Plano LLC, Liberty Mutual Technology Group, Inc., Comparion Insurance Agency LLC, and Ironshore Holdings (Us) Inc.,***

By: /s/ Jonathan K. Waldrop
Jonathan K. Waldrop (CA Bar No. 297903) – Lead Counsel
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309

Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Jeceaca An (NY Bar No. 5849898)
(Admitted *pro hac vice*)
jan@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Allen F. Gardner
(TX Bar No. 24043679)
allen@allengardnerlaw.com
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 944-7856

*Attorneys for Plaintiffs*
*Intellectual Ventures I, LLC*
*Intellectual Ventures II, LLC*