IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, et al., § § *Plaintiffs*, § § v. § § JP MORGAN CHASE & CO., et al., § § *Defendants*. § | § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00523-JRG (LEAD CASE) |
| v. COMERICA INCORPORATED, *Defendant*. | § § § § § § | CIVIL ACTION NO. 2:23-CV-00524-JRG (MEMBER CASE) |
| v. LIBERTY MUTUAL HOLDING COMPANY INC., et al., *Defendants*. | § § § § § § | CIVIL ACTION NO. 2:23-CV-00525-JRG (MEMBER CASE) |

**ORDER**

Before the Court is the Joint Motion to Dismiss (the "Joint Motion") filed by Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs") and Defendant Comerica Incorporated ("Defendant") (collectively, the "Parties"). (Dkt. No. 107.) In the Joint Motion, the Parties represent that they have resolved both Plaintiffs' claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiffs asserted in Member Case No. 2:23-cv-00524-JRG. (*Id.* at 1). The Parties request that Plaintiffs' claims for relief against Defendant be dismissed with prejudice and Defendant's claims, defenses, or counterclaims for relief against Plaintiffs be dismissed without prejudice. (*Id.*)

Having considered the Joint Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims made by Plaintiffs against Defendant are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all claims, defenses, or counterclaims made by Defendant against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own attorneys' fees, expenses, and costs. All pending requests for relief in this case not expressly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:23-cv-524-JRG. However, the Clerk of Court is directed to **MAINTAIN AS OPEN** Lead Case No. 2:23-cv-523-JRG as parties and claims remain.

**So ORDERED and SIGNED this 16th day of January, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE